UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TARYN WILLIAMS,

    Defendant.
_____/

RECEIVED & FILED IN OPEN COURT
ON 12-18-00 AT
FTC FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

### NOTICE OF APPEARANCE
### AS COUNSEL OF RECORD

**COMES NOW KENNETH L. WEISMAN,** and hereby files this Notice of Appearance as Counsel of Record for **TARYN WILLIAMS**, in the above captioned matter through and including the trial of this matter.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished in open court to United States Attorney, Office of the United States Attorney, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394 on this 18th day of December, 2000.

    Respectfully submitted,

**LAW OFFICES OF MISHKIN AND WEISMAN**
1471 N.W. 14 Street
Miami, FL 33125
(305) 545-8000

By_____
    KENNETH L. WEISMAN, Esquire
    Florida Bar: 502049

mmt-forms\noa-fed

