

DEC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-Zloch

UNITED STATES OF AMERICA

vs

Taryn Williams

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 12-18-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone: _____

DEFENSE COUNSEL: Name: Kenneth Weisman

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ Comt'd in custody

Bond hearing held: yes____ no____ Bond hearing set for _____

Dated this __18__ day of __December__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-097

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services