| | |
|---|---|
| DFT: Taryn Williams (J)# | CASE NO: 00-6359-CR-Zloch / 00-4286-L66 |
| USA: Terry Thompson /Stefin/ | ATTNY: Jose Batista Kenneth Weisman |
| AGENT: | VIOL: |
| PROCEEDING: Prelim/Arraignment | BOND REC: |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

CJA Batista allowed to withdraw

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 1-8-01  11:00am  Snow
STATUS CONFERENCE: _____

DATE: 12-18-00   TIME: 11:00am   TAPE # 00-C97  PG # 5
664-745