HONORABLE MAGISTRATE JUDGE LURANA S. S[FILED]

STATUS CONFERENCE

JAN 8 2001

(USM do not bring defendants for status hearing)

DEFT __DELROY WAYNE HENRY__ CASE NO: __00-63__

AUSA __TERRY THOMPSON__ p/u ATTY FPD __Farnsworth__ Smington

Martin Roth, Esq. for ANDREW WARBURTON,
Disc rec'd today — m/due 1/22          01- e 354

DEFT __TARYN WILLIAMS__ CASE NO: __00-6359-CR-ZLOCH__

AUSA __TERRY THOMPSON__ p/u ATTY __KENNETH WEISMAN__ p/u

FPD for ELLEANA AUSTIN
Farnsworth for Wilcox
Disc out - m/due 1/22           e 937

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __1/8/01__                TIME __11:00__

25