UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

TARYN WILLIAMS, et al., :

    Defendants. :
_____

**STATUS REPORT**

A status conference was held in this cause on January 8, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery was mailed on January 5, 2001.

    2. Counsel for the defendants shall have until January 22, 2001, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 10th day of January, 2001.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terry Thompson (FTL)
AFPD Daryl Wilcox (FTL)
Kenneth Weisman, Esq.