TJT:hkp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY_____ D.C.
2001 JAN 16 PM 3:20
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

**CASE NO. 00-6359-CR-ZLOCH**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) |
| | ) |
| **TARYN WILLIAMS, et al** | ) |
| **ELLEANA AUSTIN,** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney SCOTT H. BEHNKE.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number: A5500062
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3516
Facsimile: (954) 356-7336
E-Mail: TERRENCE.THOMPSON@justice.usdoj.gov

cc: USPS S/A Ron Jones



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this _____ day of January 16, 2001, to:

Kenneth Weisman, Esq.
1471 NW 14th Street
Miami, FL 33125

Daryl Wilcox, AFPD
101 NE 3rd Avenue, #202
Fort Lauderdale, FL 33301-1100

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY