```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES
```

FILED JAN 2 6 2001

CASE NUMBER  00-6342-CR-Zloch   6359   DATE 1-26-01

CLERK Carolyne Newby   REPORTER Carl Schanzleh

PROBATION   INTERPRETER

UNITED STATES OF AMERICA v. Taryn Williams
                              Elleana Austin

U. S. ATTORNEY Terrey Youtse   DEFT COUNSEL Kenneth Weisman
                                              Daryl Wilcox

DEFENDANT: Elleana Austin (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Calendar Call

RESULT OF HEARING  Deft Austin's mtn to continue (joined in by Williams) granted - all time excludable

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC  3 days

30