UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

TARYN WILLIAMS and ELLEANA AUSTIN,

       Defendants.
_____/

FILED by _____ D.C.

FEB 8  2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**AMENDED ORDER GRA**~~NTING~~
**CONTINUANCE AND RESETTING TRIAL**

THIS MATTER is before the Court upon the Defendants, Taryn Williams and Elleana Austin's Unopposed Motion For Continuance Of Trial based upon the need of counsel for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendants, Taryn Williams and Elleana Austin's Unopposed Motion For Continuance Of Trial be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of January 29, 2001 and is hereby reset for the trial calendar commencing on Monday, March

12, 2001, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, March 9, 2001, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, January 24, 2001, through and including March 12, 2001, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Scott Behnke, Esq., AUSA
For Plaintiff

Kenneth Lee Weisman, Esq.
For Defendant, Taryn Williams

Daryl E. Wilcox, Esq., AFPD
For Defendant, Elleana Austin