UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA    )
                            )
              Plaintiff,    )
v.                          )
                            )
TARYN WILLIAMS              )
ELLEANA AUSTIN              )
              Defendants.   )
_____/

### NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney BERTHA MITRANI.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By _____
SCOTT H. BEHNKE
Assistant United States Attorney
Florida Bar No. A5500005
500 E. Broward Blvd, Suite 700
Fort Lauderdale, FL 33394
Telephone Number: (954)356-7255
Fax Number: (954)356-7336

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this <u>8th</u> day of February, 2001, to: **Kenneth Lee Weisman,** Esquire, Attorney for Taryn Williams at Mishkin & Weisman 1471 NW 14th Street, Miami, FL 33125, and **Daryle E. Wilcox**, AFPD, Attorney for defendant Elleana Austin at 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301.

                                       SCOTT H. BEHNKE
                                       Assistant United States Attorney

cc: Pretrial Services