UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

vs.　　　　Case No. 00-6359-CR-Zloch

TARYN WILLIAMS　　　　/

### ORDER VACATING ORDER ON PARTIAL INDIGENCE
### FOR APPOINTMENT OF COUNSEL
### AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE comes before the Court Sua Sponte. Private counsel having be retained by the defendant, it is

ORDERED AND ADJUDGED that this Court's order entered on December 11, 2000 directing the defendant to pay $5,000.00 to the Clerk of Court for deposit into the Treasury is hereby VACATED.

DONE AND ORDERED this 9th day of February, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney
　　Miami Financial Section
　　Defense Counsel
　　Pretrial Services