COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: TARYN WILLIAMS (J)#     CASE NO: 00-6359-CR-Zloch
AUSA: SCOTT BEHNKE     ATTNY: KEN WEISMAN
AGENT:     VIOL:
PROCEEDING: Inquiry Re Counsel     BOND REC:

FILED by ___ D.C.
IN TAKE
FEB 22 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Motion Resolved

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 2-22-01    TIME: 11:00am    TAPE # 01-009   PG #

42