UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6359-CR-ZLOCH

FILED by _____ D.C.
MAR 0 2 2001

UNITED STATES OF AMERICA

v.                                NOTICE

TARYN WILLIAMS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        April 6, 2001 at 10:30 AM

CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 1, 2001

cc:
Bertha Mitrani, Esq., AUSA
Kenneth Weisman, Esq.

