

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA

       V.                    NOTICE

TARYN WILLIAMS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.         DATE & TIME:
FT. LAUDERDALE, FL 33301    April 17, 2001 at 11:15 AM

CHANGE OF PLEA RESET AT REQUEST OF DEFENSE COUNSEL - COUNSEL PLEASE
ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

                                           CLARENCE MADDOX
                                           CLERK OF COURT

                                           BY DEPUTY CLERK

DATE: April 5, 2001

cc:
Bertha Mitrani, Esq., AUSA
Kenneth Weisman, Esq.