UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6359-CR-ZLOCH



UNITED STATES OF AMERICA

    v.                NOTICE

TARYN WILLIAMS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            April 23, 2001 at 2:30 PM

**CHANGE OF PLEA - RESET BY COURT - COUNSEL PLEASE ADVISE YOUR CLIENT
JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: April 9, 2001

cc:
Bertha Mitrani, Esq., AUSA
Kenneth Weisman, Esq.