UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
APR 23 2001

CASE NUMBER 00-6358-CR-Zloch    DATE 4-23-01

CLERK Carlone Newby    REPORTER Carl Scherzler

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Taryn Williams

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Kenneth Weisman

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 7-13-01    TIME 10:00    FOR Sentencing

MISC Written Plea Agreement -

56