UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TARYN WILLIAMS,

    Defendant.

_____/

**NIGHT BOX FILED**
**JUN 18 2001**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### MOTION TO EXTEND THE TIME TO FILE OBJECTIONS
### TO PRE-SENTENCE INVESTIGATION REPORT

**COMES NOW**, the Defendant, TARYN WILLIAMS, by and through undersigned counsel, and respectfully moves this Honorable Court to extend the time within which to file objections to the Pre-Sentence Investigation Report until June 27, 2001, and as grounds therefore, states as follows:

1. Objections to the PSI are due on June 22, 2001.

2. Counsel requests an additional time to prepare and file objections because he will be on vacations from June, 18, 2001 until June 25, 2001. Counsel requests that he be allowed to file his objections by June 27, 2001.

3. Undersigned counsel has contacted Bertha Mitrani, Assistant United States Attorney, who advises she has no objection to the within motion.

1

74

Case No: 00-6359-CR-ZLOCH

**WHEREFORE,** the Defendant, TARYN WILLIAMS, respectfully requests this Honorable Court grant an extension of time to file objections to the Pre-Sentence Investigation Report up to and including June 27, 2001.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy hereof was served by fax and U.S. mail to and upon Bertha Mitrani, Assistant U.S. Attorney, Office of the United States Attorney, 500 E. Broward Boulevard., Suite 700, Ft. Lauderdale, FL 33394 and Tracey Webb,. United States Probation Officer, 299 East Broward Boulevard, Suite 409, Ft. Lauderdale, Florida 33301 on this 15th day of June, 2001.

Respectfully submitted,

**LAW OFFICES OF MISHKIN AND WEISMAN**
1471 N.W. 14th Street
Miami, FL 33125
(305) 545-8000

By _____
KENNETH L. WEISMAN, Esquire
Florida Bar: 502049

mmt motions m-et mimi