UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

v.                                        Case No: 00-6359-CR-ZLOCH

TARYN WILLIAMS                            ORDER

    Defendant
_____

FILED
JUN 19 2001

THIS MATTER is before the Court upon the Motion To Extend time To File Objections To Presentence Investigation Report (filed June 18, 2001). The Court having reviewed the court file, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED to the extent that objections to the Presentence Investigation Report shall be filed on or before June 27, 2001.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this __19th__ day of June, 2001.

                              WILLIAM J. ZLOCH
                              Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Kenneth Weisman, Esq.
Probation

76