UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TARYN WILLIAMS,

    Defendant.
_____/



## OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

**COMES NOW**, the Defendant, TARYN WILLIAMS, by and through undersigned counsel, and having reviewed the Presentence Investigation Report which was prepared in this cause and objects to the same specifically as follows:

1. The Defendant objects to paragraphs, 17, which address the issue of Role Assessment.

2. The criteria for Role Adjustment coupled with the facts in this case set forth a "minor role" designation. An unnamed co-conspirator Derwin Jones, was clearly the organizer and the supervisor in this matter. Taryn Williams was clearly an employee of Mr. Jones. It is clear that Ms. Williams's role was less culpable in light of the broad scope of the operation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy hereof was served by fax and U.S. mail to and upon Bertha Mitrani, Assistant U.S. Attorney, Office of the United States Attorney, 500 E. Broward Boulevard., Suite 700, Ft. Lauderdale, FL 33394 and Tracey Webb,. United States Probation Officer, 299 East Broward Boulevard, Suite 409, Ft. Lauderdale, Florida 33301 on this 27th day of June, 2001.

Case No: 00-6359-CR-ZLOCH

Respectfully submitted,

**LAW OFFICES OF MISHKIN AND WEISMAN**
1471 N.W. 14th Street
Miami, FL 33125
(305) 545-8000

By_____
KENNETH L. WEISMAN, Esquire
Florida Bar: 502049

mmt motions m-et.mnt