-cr-06359-WJZ   Document 78   Entered on FLSD Docket 07/16/2001   P

FILED by D.C.
JUL 1 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6358-Cr-Zloch   DATE 7-13-01
CLERK Carline Newby   REPORTER Carl Schanzlee
PROBATION Tracey Webb   INTERPRETER

UNITED STATES OF AMERICA v. Taryn Williams

U. S. ATTORNEY Bertha M. Trani   DEFT COUNSEL Kenneth Weisman

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Court accepts gov't stipulation
& deft withdraws objection - Ct 1 -
20 months custody of BOP - 3 yrs
Supervised Release - $206,731.64
JUDGMENT Restitution - Spec Conds - maintain
full time legitimate employment - obtain
prior written approval before self-employment.
Full financial disclosure - $100 assessment -

CASE CONTINUED TO _____ TIME _____ FOR _____
Ct Recommends a facility in Virginia -
MISC

78