UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301



CASE NO:   00-6359-CR-ZLOCH

STYLE:   US v. TARYN WILLIAMS

DATE:   May 29, 2002

The Chambers of the Honorable WILLIAM J. ZLOCH has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

   __X__   Docket this document as a motion <u>to waive restitution</u>.

   _____   Docket this document as a response to the following motion: _____.

   _____   Docket this document as an answer _____.

   _____   Docket this as an information matter only and file on the left side of the file.

   _____   Other: _____

   _____
   _____
   _____
   _____

Signed:   *Barbara Coats*

Name:     Barbara Coats

Title:    Secretary to Judge Zloch

12-17-01

Your Honorable
Judge Zloch

RECEIVED IN CHAMBERS OF
01 DEC 26 AM 8:03
JUDGE ZLOCH
US DISTRICT COURT FT. L.
SOUTHERN DIST. OF FL.

Case # 00-6359-CR-Zloch

00-6359-CR-Zloch

I've written you on two other occassions regarding my case. Both times, your responses were that you no longer had jurisdiction over my case. This I do not understand. You refer me to get legal advice, because you can't give me legal assistance. I have no lawyer, and neither do I have any money to retain one. At this point I'm really confused as to what to do when I can't get legal direction from anybody. I've tried writing the AUSA, but I've never received any responses from her. At this point, I've almost served my entire sentence. I've decided that it was pointless to try to get any type of legal assistance because I can't afford it. But I am coming to you and I am asking if you could please consider waiving my restitution judgement for approximately $208,000.00. I have declared myself indigent. I have no place to live, no job, not even temporarily do I have a place to stay once I leave here. I've had friends to send me a few dollars each month for personals while I've been incarcerated, and B.O.P has taken $50.00 each month and applied towards restitution. Right now, I need

every dime that I get, to save so that I can have a place for me and my child. I have even lost my license for my last profession. So this really puts me in a severe bind as far as stable employment is concerned. I received a twenty month sentence, with three years supervised release. I'm not asking for you to take away this time anymore, I'm just asking that you have compassion for me in this financial area, because I absolutely have no means at all to pay this money. And please have them to stop taking it out of my account here at the prison. I Only get paid $15.00 dollars a month here, and it's inhumane for some one to try to live on that form of finance every month. B.O.P. says only you "My Judge", has jurisdiction over my restitution. So I'm thanking you in advance for your prompt consideration.

Sincerely,

Taryn Wil___
55575-004