UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                **O R D E R**

TARYN WILLIAMS,

    Defendant.
_____/

FILED by _____ D.C.
JUN 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Defendant, Taryn Williams' Motion To Waive Restitution (received December 26, 2001.) The Court having reviewed the court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Taryn Williams' Motion To Waive Restitution be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of June, 2002.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Scott Behnke, Esq., AUSA
For Plaintiff

Taryn Williams, Pro Se
1329 N.W. 161 Avenue
Pembroke Pines, FL 33028