Docket # 0:00CR06359 Zloch
USA v Williams

09/20/02
re: Taryn Williams
   File for motion to have probation officer Scott Kirsche to discontinue coming
   To my employment.
Your Honorable Judge Zloch:

I would like to explain the reason for this request. I have been in the mortgage business for 13 years. I have never done anything during my employment to question whether my employer can trust me with personal information on any job that I have performed. I would like it if we could hear this matter in court. My probation officer has been to my employment two times asking if he could speak to my supervisor. I do understand that the nature of the crime involved the identity of deceased individuals and I did get a conspiracy charge because of my indirect involvement with this matter. However, I am at a point in my life where I am asking for a second chance. I am trying my best to put this horrible dilemma behind me and start over. I am trying so hard to be a productive and successful citizen. I consider my probation officer to be a kind person however I know that he is responsible for protecting his job and his lively hood. I am also aware that he has superiors that he has to report to concerning the progress of me and all other clients he may be responsible for. However it is my job to protect my job as well as be able to not allow this system to reduce me into something less than what I know that I am. I am asking that if my probation officer is to continue contacting my employers, that he is limited on the information that he provide to them. I have never been employed by a company and my character had to be questioned, until this point of my life. It's been really hard for me to get employment because of this issue of probation. And not only has it been hard because of probation, but it's just been hard because of the many other things that are going on with the country's economy. I am asking that you please, please help me with this issue. In addition, I have been ordered to not only pay restitution that I have never spent in my life but I am also ordered to take care of my family and keep my bills paid. I can not do this if I have no job. I am in fear that if this probation officer continues to come to my employment, I will lose my job. I also explained to him that I had been sick and I needed to have surgery on my arm, he recommended Medicaid. I don't understand why if I'm working for a company that provides health insurance for me and my family, why should I put myself in a position that me and my family are a ward of the state. I really don't think this is fair. There are people in positions that have far more serious crimes than I and they go back into the same line of business, and are able to work and better themselves and their surroundings. I am asking for the same opportunity. My probation officer made me aware that if my employer still keeps me after I make him aware that I am on probation, that he may still recommend me giving up my employment here. I really don't think this is fair. Sir I am asking that you please give me favor in this matter.

Sincerely,

Taryn Williams
1944 Fox Ct.
Wellington, FL 33414
561-784-2089
New address