UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6359-CR-ZLOCH



UNITED STATES OF AMERICA

    Plaintiff

V.

                         ORDER

TARYN WILLIAMS

    Defendant
_____

THIS MATTER is before the Court upon Motion To Have Probation Officer Scott Kirsche To Discontinue Coming To My Employment (DE 90). The court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motion is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _1st_ day of _OCTOBER_, 2002.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Probation
Taryn Williams
 1944 Fox Court
 Willington, FL 33414