Case # 0:00CR06359 Zloch

Attention: Judge W. Zloch
From: Taryn Williams

FILED BY: _____ V1 _____ D.C.

2002 NOV -1 PM 3:59

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

Sir, this letter is to request a motion for restoring visiting priviledges between my mother and I. Before our criminal offense in December of 2000, my mother and I did live together. This letter is not to request for us to live together, because I have no desire to live with my mother, due to all that has happened, and I am preparing to be married. However, I am pleading with you and the courts to allow my mother and I the right to be in each others company. My mother has been involved in my son's life since birth, and it's very hard for me to tell him that we can't see grandmother until probation is over. Sir I am sorry for what has happened, and I have learned from this entire ordeal. Please allow us to visit, we are a close family and we need each other to get through this. I am in the process of trying to relocate, and my mother is willing to keep my child while I'm trying to get settled. I need to be able to visit her and accompany her while making living accomodations for my child. My address is 1158 Polo Gardens Dr. Apt 102 Wellington, FL 33414.

I thank you in advance for your consideration.

Sincerely,

Taryn Williams

92