SD/FL PACTS NO. 66532

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**CASE NO. 00-6359-CR-ZLOCH**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TARYN WILLIAMS.

    Defendant.
_____/

## CONSENT AGREEMENT

The United States of America and <u>Taryn Williams</u>, hereby stipulate and agree to enter into a payment schedule to satisfy the $<u>206,731.64</u> non-federal restitution imposed in the Judgment and Probation Commitment Order entered herein on <u>July 13</u>, 20<u>01</u>, against Defendant <u>Taryn Williams</u>, pursuant to the following terms.

1.     The defendant, <u>Taryn Williams</u>, shall pay the non-federal restitution balance of $<u>201,554.00,</u> plus statutory interest of <u>3.590%</u> to the United States of America at the rate of $<u>900.00</u> per month, beginning <u>June 5th</u>, 20<u>05</u>, and each month thereafter until the obligation is paid in full.

2.     The Defendant, <u>Taryn Williams</u>, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida (S.D. Fla) and mailed to the:

        Clerk of the Court
        U.S. District Court
        Southern District of Florida
        Financial Section
        301 North Miami Avenue, Room 150
        Miami, Florida 33128



SD/FL PACTS NO. 66532

**The case number and defendant's name must be printed on the check.**

3.	The Defendant, Taryn WIlliams, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the non-federal restitution.

4.	The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5.	The Defendant, Taryn Williams, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

6.	The parties agree that upon the complete satisfaction of the $206,731.64 non-federal restitution judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

SD/FL PACTS NO. 66532

The parties consent to the terms of the above-specified agreement.

|  |  |
|---|---|
| *[signature]* | MARCUS DANIEL JIMENEZ<br>UNITED STATES ATTORNEY<br><br>By: *[signature]* |
| Defendant Taryn Williams<br>Address: 210 Windflower Court<br>         Alpharetta, GA 30005<br>Phone: (770) 754-9130<br>SSN: 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 | Elizabeth Ruf Stein<br>Assistant U.S. Attorney<br>Financial Litigation Unit<br>99 N.E. 4th Street, #313<br>Miami, Florida 33132-2111<br>Phone: (305) 961-9313<br>Fax:  (305) 530-7195<br>FLA Bar No: 354945<br>Email: elizabeth.stein@usdoj.gov |

*[signature]*

Kevin L. Thomas
U.S. Probation Officer
Address: 2000 Powers Ferry Road, Suite 530
         Marietta, GA 30067
Phone: (770) 980-0369
Fax: (770) 850-6354


Dated this 25TH day of February, 2005.