UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6359-CR-ZLOCH

FILED by _____ D.C.
MAR 1 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　**O R D E R**

TARYN WILLIAMS,

    Defendant.
_____/

THIS MATTER is before the Court upon the Consent Agreement (DE 94), filed herein by Plaintiff, United States of America, and Defendant, Taryn Williams. The Court has carefully reviewed said Agreement and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Consent Agreement (DE 94) filed herein by the Plaintiff, United States of America, and Defendant, Taryn Williams, be and the same is hereby approved, adopted and ratified by the Court. The non-federal restitution order of $206,731.64, entered by prior Order (DE 79) on July 13, 2001, shall be paid according to the terms agreed upon in the aforementioned Agreement (DE 94).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _17th_ day of March, 2005.

                                            _____
                                            WILLIAM J. ZLOCH
                                            Chief United States District Judge

Copies furnished:
Elizabeth Ruf Stein, Esq., AUSA
Taryn Williams, Pro Se
210 Windflower Court
Alpharetta, GA 30005
Kevin L. Thomas, U.S. Probation

