PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 66532

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH



FILED by _____ D.C.  
MAR 2 4 2005  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: WILLIAMS, Taryn

Name of Sentencing Judicial Officer: The Honorable William J. Zloch  
Chief U. S. District Judge  
Southern District of Florida  
Ft. Lauderdale, FL

Date of Original Sentence: July 31, 2001

Original Offense: Conspiracy to use one or more unauthorized access devices with intent to defraud, in violation of 18 U.S.C. § 1029(a)(2) and (b)(2), a Class D felony

Original Sentence: Twenty (20) months custody Bureau of Prisons, three years supervised release, $206,731.64 restitution, and $100 special assessment fee. The following special conditions were imposed: 1) The defendant shall maintain full-time legitimate employment and not be unemployed for more than 30 days, unless excused in writing; 2) The defendant shall obtain prior written approval from the U. S. Probation Officer before entering into any self-employment; and 3) The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U. S. Probation Officer.

Type of Supervision: Supervised Release

Date Supervision Commenced: May 20, 2002

Assistant U.S. Attorney:  
Harry Wallace  
500 East Broward Blvd., 7th Floor  
Fort Lauderdale, FL 33301  
Ph. (954) 356-7255

Defense Attorney:  
Kenneth L. Weisman  
1471 N.W. 14th Street  
Miami, FL 33125  
Ph. (305) 545-8000

## PETITIONING THE COURT

[ ]  To issue a warrant  
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C                                              SD/FL PACTS No. 66532
(SD/FL 3/05)

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to satisfy the court-ordered restitution. On July 13, 2001, restitution in the amount of $206,731.64 was ordered by the court and the defendant has failed to satisfy this financial obligation as ordered. |
| 2. | **Violation of Mandatory Condition**, by failing to satisfy the court-ordered restitution. On July 13, 2001, restitution in the amount of $206,731.64 was ordered by the court, to be paid at the direction of the U.S. Probation Officer. On January 24, 2005, the defendant executed a financial obligation agreement to begin making payments of $900 per month to commence February 5, 2005, and to date has failed to comply with the agreement and is currently two months in arrears, in the amount of $1,800.00. |

U.S. Probation Officer Recommendation:

[ ]   The term of supervision should be
[X]   revoked.
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2005

_____
Scott T. Kirsche
U.S. Probation Officer
Phone: (561) 804-6850

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

3/24/05
Date