# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA

DEFT: TARYN WILLIAMS (SUMMONS)     CASE NO: 00-6359-CR-ZLOCH/SNOW
AUSA: DUTY *Laurie Rucoba*     ATTY: *Ken Lange (Perm)*
AGENT: SCOTT KIRSCHE (USPO)     VIOL: SUPERVISED RELEASE
PROCEEDING: I/A ON SUPERVISED RELEASE VIOLATION     RECOMMENDED BOND:

BOND HEARING HELD - yes / no     COUNSEL APPOINTED:
BOND SET @: $50,000 PSB     To be cosigned by:

- [x] Do not violate any law.
- [x] Appear in court as directed.
- [x] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to PTS as directed / or _in Georgia_ x's a week/month by phone; ____ x's a week/month in person.
- [x] Random urine testing by Pretrial Services. Treatment as deemed necessary.
- [x] Maintain or seek full - time employment.
- [x] No contact with victims / witnesses.
- [x] No firearms.
- [ ] Curfew: ____
- [x] Travel extended to: STATE OF FLORIDA / GEORGIA
- [ ] Halfway House ____

Handwritten notes:
D - Present in Court w/Counsel
Ken Lange Filed Perm Appearance
D. Advised of Charges.
Gov't Recommends $50,000 PSB
Court Accepts Stipulated Bond of $50,000 PSB.
Final Hearing Before Dist Judge.

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:     PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 4/7/05     TIME: 11:00 A.M.     FTL/BSS TAPE # 05 -     Begin:     End:

START 10:45     GJ Returns 3:00 PM
END 12:30     End 3:20

10
a.m.