UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _SD/FL PACTS 66537_
_OO-6359-CR-ZLOCH_
_Supervised Release (Probation)_

UNITED STATES OF AMERICA,

RECEIVED & FILED IN OPEN COURT

ON _4-7-05_

Clarence Maddox, Clerk
United States District Court
Southern District of Florida

v.

_TARYN WILLIAMS_

:

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

---

COMES NOW _KEN LANGE, ESQ.,_ and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional·and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _4\7 05_

Attorney _KEN LANGE ESQ,_
Address _1125 NE 125th St, Suite 301_
City _NORTH MIAMI_ State _FL_ Zip _33161_
Telephone _(305) 893-0030_
Florida Bar No. _258271_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_TARYN WILLIAMS_

