UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH

FILED by _____ D.C.
APR 8 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

v.                                                NOTICE

TARYN WILLLIAMS

---

| TYPE OF CASE | CRIMINAL |

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:   COURTROOM A
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

DATE & TIME:
April 21, 2005 at 10:00 A.M.

---

FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE - **IF THE DEFENDANT REQUIRES AN INTERPRETER, IT IS THE RESPONSIBILITY OF DEFENSE COUNSEL TO ADVISE CHAMBERS IMMEDIATELY UPON RECEIPT OF THIS NOTICE.**

---

CLARENCE MADDOX
CLERK OF COURT

*Barbara L. Coats*
BY DEPUTY CLERK

DATE:   April 8, 2005

cc:  Harry Wallace, Esq., AUSA
     Ken Lange, Esq.
     Scott Kirsche, U.S. Probation