UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
APR 21 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6359 CR    DATE April 21, 2005
CLERK James Stant    REPORTER Carl Schanzleh
PROBATION Scott Kirsche    INTERPRETER

UNITED STATES OF AMERICA v. Taryn Williams

U. S. ATTORNEY Harry Wallace    DEFT COUNSEL Ken Lange

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Violation of supervised release

RESULT OF HEARING

JUDGMENT This matter is continued while the Government acts to secure the restitution requirement set forth in the record.

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC

