```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 00-6359-CR-ZLOCH
```

FILED by ___ D.C.
MAY 0  2005
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    v.                              NOTICE

TARYN WILLLIAMS

---

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:  COURTROOM A
299 E. BROWARD BLVD.                 DATE & TIME:
FT. LAUDERDALE, FL 33301             May 16, 2005 at 10:00 A.M.

FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE - **IF THE DEFENDANT REQUIRES AN INTERPRETER, IT IS THE RESPONSIBILITY OF DEFENSE COUNSEL TO ADVISE CHAMBERS IMMEDIATELY UPON RECEIPT OF THIS NOTICE.**

                                  CLARENCE MADDOX
                                  CLERK OF COURT

                                  *Barbara L Coats* (signature)
                                  BY DEPUTY CLERK

DATE:    May 9, 2005

cc:  Harry Wallace, Esq., AUSA
     Ken Lange, Esq.
     Scott Kirsche, U.S. Probation

