FILED by _____ D.C.

MAY 16 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6359 CR   DATE May 16, 2005
CLERK James Stuart   REPORTER Kathia Camacho
PROBATION Scott Kirshe   INTERPRETER

UNITED STATES OF AMERICA v. Taryn Williams

U. S. ATTORNEY Harry Wallace   DEFT COUNSEL Ken Lange

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Violation of Supervised Release Continued from April 21, 2005 so Government could secure repayment of restitution.

RESULT OF HEARING

JUDGMENT Court finds by a preponderance a violation of paragraph number 1 of the Petition (DE96). Defendant admits as to paragraph number 1. Court determines revocation is unnecessary and supervised release shall terminated on May 19, 2005.

CASE CONTINUED TO           TIME           FOR

MISC

