UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6359-CR-ZLOCH



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                **O R D E R**

TARYN WILLIAMS,

    Defendant.
_____/

    THIS MATTER came before the Court upon Final Revocation of Supervised Release Hearing on May 16, 2005.

    The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds the defendant has violated the terms and conditions of Supervised Release and the defendant admits same. However, revocation is not necessary at this time.

    **IT IS ORDERED AND ADJUDGED** that the defendant, Taryn Williams is continued on her term of Supervised Release previously imposed.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___16th___ day of May, 2005.

                                             WILLIAM J. ZLOCH
                                           Chief United States District Judge

Copies furnished:
Jeffrey Kay, Esq., AUSA
Timothy M. Day, Esq., AFPD
Scott Kirsche, U.S. Probation Officer

